BEN WEISS, Plaintiff, v. SAMUEL KANAREK, Respondent, and MAX NEWBERGER and Others, Appellants.— Order directing service of a bill of particulars modified so as to provide that, in addition to the items mentioned in the order, defendant, respondent, Kanarek shall furnish particulars of (1) the books which he claims appellants falsified, or in which it is claimed that false entries were made by them in pursuance of the alleged conspiracy; and (2) the name or names of the person or persons, corporation or corporations, to whom or to which it is claimed that plaintiff paid partnership funds in satisfaction of his personal obligations, and for the concealment of which payments it is claimed that appellants falsified the firm's books of account. As so modified, the order, in so far as appealed from, is affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ANNIE WESTERMAN, Appellant, v. SOLREB REALTY CORPORATION and POLT REALTY CORPORATION, Respondents.— Order denying plaintiff's motion to open her default and to vacate judgment of dismissal affirmed, with ten dollars costs and disbursements, without prejudice to a new motion at Special Term upon papers showing merits. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

IDA WOODS, Respondent, v. PHILIP P. WOODS, Appellant.— Order vacating notice of examination of plaintiff before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ISAACSON & WEINGRAD, INC., Respondent, v. NEWPORT IRON WORKS, INC., and Others, Defendants. LOUIS KAYE, Purchaser, Appellant.— The decision of this court handed down on March 14, 1930,* is hereby amended to read as follows: Order denying purchaser's motion to set aside sale and order granting plaintiff's motion to direct purchaser to complete purchase reversed upon the law and the facts, with ten dollars costs and disbursements, motion in so far as it seeks to relieve purchaser granted, and motion to direct purchaser to complete denied, with ten dollars costs, without prejudice to a renewal of plaintiff's motion to compel the purchaser to complete the sale upon proof that the judgments entered prior to the mortgage under foreclosure and against the names of Max Kanefsky and Isidore Bernstein, or either, were not against the Kanefsky and Bernstein herein involved. Opinion *per curiam.*■ Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

BACH REALTY CORPORATION, Respondent, v. GEORGE WHITEN REALTY CORPORATION and WILLIAM OSTERMEYER, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.